# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

o-O-o

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

Jose Lopez-Buelna, et al.,

          Defendants.

Case No. **2:09-cr-00113-GMN-PAL**

ORDER RE-SETTING SENTENCING DATE

Based on motion of the United States, with the concurrence of counsel for defendants Jose Lopez-Buelna, Roberto Lopez, and Erik Webster, and good cause appearing, it is hereby ORDERED that the sentencing of these defendants currently set for June 14, 2011, be continued and re-set to June 21, 2011, at 9:00am (defendant Lopez-Buelna), 10:00am (defendant Lopez), and 10:30am (defendant Erik Webster).

**IT IS SO ORDERED** this 2nd day of May, 2011.

_____
Gloria M. Navarro
United States District Judge